# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08CR180-C

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )  | |
| v.                                                         ) | **O R D E R** |
| )  | |
| ISRAEL HERNANDEZ-OCAMPO,       ) | |
| )  | |
| Defendant.        ) | |
| _____) | |

**THIS MATTER** is before the Court on the Motions for Admission Pro Hac Vice (document ## 36 and 37) of defense counsel Diane M. Menashe and Bertha Duran. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 18, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge